M.D. Appeal Dkt.

**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| TERRENCE E. BABB, M.D. | : No. 24 MAL 2020 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| GEISINGER CLINIC; PENN STATE | : |
| GEISINGER HEALTH SYSTEM; ROBIN E. | : |
| OLIVER, M.D.; AND MICHAEL | : |
| CHMIELEWSKI, M.D.  TERRENCE E. | : |
| BABB, M.D. | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| GEISINGER CLINIC; GEISINGER HEALTH | : |
| SYSTEM | : |
| | : |
| | : |
| PETITION OF: GEISINGER CLINIC | : |

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of August, 2020, the Petition for Allowance of Appeal is

**GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all

remaining issues.  The issue, as stated by petitioner, is:

     Whether the Superior Court and trial court erroneously permitted the
presumption of at-will employment to be rebutted by a mere preponderance
of the evidence, as opposed to by clear and direct evidence, in conflict with
established precedent?